**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

In re: § Case No. 10-05054-als
§
MELISSA DAWN ZIESMAN §
§
§
Debtor §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/12/2010. The undersigned trustee was appointed on 10/12/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $1,300.74

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $14.43 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $1,286.31 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/04/2012 and the deadline for filing government claims was 02/04/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $325.19. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $325.19, for a total compensation of $325.19[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $204.11, for total expenses of $204.11.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/21/2013         By:  /s/ Dallas J. Janssen
                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1        Exhibit A

| Case No.: | 10-05054-als | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|
| Case Name: | ZIESMAN, MELISSA DAWN | Date Filed (f) or Converted (c): | 10/12/2010 (f) |
| For the Period Ending: | 5/21/2013 | §341(a) Meeting Date: | 11/18/2010 |
|  |  | Claims Bar Date: | 02/04/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single Family Home Locally known as: 209 S. High St., Baxter, IA 50028 Legally known as: South 30' of Lot 8, Block 1 and North 40' of Lot 9, Block 1, and East Additon of Lot 10, Block B, to the City of Baxter, Jasper County, Iowa | $83,620.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on hand | $20.00 | $0.00 | | $0.00 | FA |
| 3 | Checking Account #1671 and Savings 0153 Location: State Savings Bank, Baxter, IA 50028 | $151.16 | $100.35 | | $100.35 | FA |
| 4 | Savings Account Location: United services Credit union, Iowa Methodist Medical Center, Des moines, IA | $387.63 | $0.00 | | $0.00 | FA |
| 5 | Common Household Goods Location: 209 S. High Street, Baxter IA 50028 | $3,500.00 | $0.00 | | $0.00 | FA |
| 6 | Usual and customary clothing Location: 209 S. High Street, Baxter IA 50028 | $350.00 | $0.00 | | $0.00 | FA |
| 7 | Misc. Jewlry Location: 209 S. High Street, Baxter IA 50028 | $2,000.00 | $0.00 | | $0.00 | FA |
| 8 | Iowa Health Systems 401(k) Retirement Savings Plan | $14,404.00 | $0.00 | | $0.00 | FA |
| 9 | 2009 Dodge Ram Truck, 75,000 miles Location 107 Amy Street, Baxter, IA | $9,715.00 | $0.00 | | $0.00 | FA |
| 10 | Tax Refunds  (u) | $0.00 | $828.92 | | $828.92 | FA |
| 11 | Accrued Wages | $0.00 | Unknown | | $371.47 | FA |

**TOTALS (Excluding unknown value)**         **Gross Value of Remaining Assets**

$114,147.79       $929.27       $1,300.74       $0.00

**Major Activities affecting case closing:**

Will pay out of 2011 Tax Refunds

Debtor is on a payment plan to pay for the non-exempt assets of the bankruptcy estate

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2   Exhibit A

| Case No.: | 10-05054-als | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|
| Case Name: | ZIESMAN, MELISSA DAWN | Date Filed (f) or Converted (c): | 10/12/2010 (f) |
| For the Period Ending: | 5/21/2013 | §341(a) Meeting Date: | 11/18/2010 |
| | | Claims Bar Date: | 02/04/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Debtor sending last payment friday 1/18/13

**Initial Projected Date Of Final Report (TFR):** 06/30/2011   **Current Projected Date Of Final Report (TFR):** 04/30/2013   /s/ DALLAS J. JANSSEN

DALLAS J. JANSSEN

**FORM 2** Page No: 1 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-05054-als | | | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|---|---|
| Case Name: | ZIESMAN, MELISSA DAWN | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9464 | | | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/12/2010 | | | Blanket bond (per case limit): | $350,000.00 |
| For Period Ending: | 5/21/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/05/2012 | | Melissa Zeisman | multiple assets | * | $100.74 | | $100.74 |
| | {3} | | Checking Account #1671 and Savings 0153 Location: State Savings Bank   $100.35 | 1129-000 | | | $100.74 |
| | {10} | | Tax Refunds   $0.39 | 1224-000 | | | $100.74 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.14 | $100.60 |
| 04/02/2012 | (11) | Melissa Ziesman | Accrued Wages | 1129-000 | $100.00 | | $200.60 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.29 | $200.31 |
| 05/04/2012 | (11) | Melissa Ziesman | Accrued Wages | 1129-000 | $100.00 | | $300.31 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.45 | $299.86 |
| 06/08/2012 | (11) | Melissa Ziesman | Accrued Wages | 1129-000 | $100.00 | | $399.86 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.59 | $399.27 |
| 07/10/2012 | | Melissa Ziesman | multiple assets | * | $100.00 | | $499.27 |
| | {11} | | Accrued Wages   $71.47 | 1129-000 | | | $499.27 |
| | {10} | | Tax Refunds   $28.53 | 1224-000 | | | $499.27 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.73 | $498.54 |
| 08/30/2012 | (10) | Melissa Ziesman | Tax Refunds | 1224-000 | $100.00 | | $598.54 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.90 | $597.64 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.83 | $596.81 |
| 10/05/2012 | (10) | Melissa Ziesman | Tax Refunds | 1224-000 | $100.00 | | $696.81 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.08 | $695.73 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.15 | $694.58 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.04 | $693.54 |
| 01/24/2013 | (10) | Melissa Ziesman | Tax Refunds | 1224-000 | $500.00 | | $1,193.54 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.30 | $1,192.24 |
| 02/07/2013 | (10) | James W. Thornton Trust Account | Tax Refunds | 1224-000 | $100.00 | | $1,292.24 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.84 | $1,290.40 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.08 | $1,288.32 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.01 | $1,286.31 |

**SUBTOTALS** $1,300.74  $14.43

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-05054-als | | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|---|
| Case Name: | ZIESMAN, MELISSA DAWN | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9464 | | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/12/2010 | | Blanket bond (per case limit): | $350,000.00 |
| For Period Ending: | 5/21/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTALS: | | $1,300.74 | $14.43 | $1,286.31 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $1,300.74 | $14.43 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,300.74 | $14.43 | |

**For the period of 10/12/2010 to 5/21/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,300.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,300.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/05/2012 to 5/21/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,300.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,300.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 10-05054-als | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|
| Case Name: | ZIESMAN, MELISSA DAWN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9464 | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/12/2010 | Blanket bond (per case limit): | $350,000.00 |
| For Period Ending: | 5/21/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $1,300.74 | $14.43 | $1,286.31 |

**For the period of 10/12/2010 to 5/21/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,300.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,300.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/12/2010 to 5/21/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,300.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,300.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DALLAS J. JANSSEN

DALLAS J. JANSSEN

| Case No.       | 10-05054-als      | Trustee Name: | Dallas J. Janssen |
| Case Name:     | ZIESMAN, MELISSA DAWN | Date:     | 5/21/2013 |
| Claims Bar Date: | 02/04/2012      |               |           |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | DALLAS J. JANSSEN  701 East Court Avenue, Ste. A  Des Moines IA 503094941 | 05/21/2013 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $204.11 | $204.11 | $0.00 | $0.00 | $0.00 | $204.11 |
|  | DALLAS J. JANSSEN  701 East Court Avenue, Ste. A  Des Moines IA 503094941 | 05/21/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $325.19 | $325.19 | $0.00 | $0.00 | $0.00 | $325.19 |
| 1 | SAC FEDERAL CREDIT UNION  PO Box 1149  Bellevue NE 680051149 | 11/04/2011 | Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $0.00 | $15,928.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (1-1) deficiency balance auto loan

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR  Target  PO Box 248866  Oklahoma City OK 731248866 | 11/07/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,262.71 | $5,262.71 | $0.00 | $0.00 | $0.00 | $5,262.71 |
| 3 | FIA CARD SERVICES, N.A.  PO Box 15102  Wilmington DE 198865102 | 11/09/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,028.05 | $9,028.05 | $0.00 | $0.00 | $0.00 | $9,028.05 |
| 4 | MIDLAND FUNDING LLC  By its authorized agent Recoser, LLC  25 SE 2nd Ave, Suite 1120  Miami FL 331311605 | 11/22/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,647.56 | $9,647.56 | $0.00 | $0.00 | $0.00 | $9,647.56 |

CLAIM ANALYSIS REPORT

| Case No. | 10-05054-als | | | Trustee Name: | Dallas J. Janssen |
| Case Name: | ZIESMAN, MELISSA DAWN | | | Date: | 5/21/2013 |
| Claims Bar Date: | 02/04/2012 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | US BANK N.A.<br><br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI OH 452015229 | 01/18/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $708.01 | $708.01 | $0.00 | $0.00 | $0.00 | $708.01 |
| **Claim Notes:** | (5-1) MONEY LOANED DDA 8822 | | | | | | | | | | | |
| 6 | US BANK N.A.<br><br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI OH 452015229 | 01/18/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $673.99 | $673.99 | $0.00 | $0.00 | $0.00 | $673.99 |
| **Claim Notes:** | (6-1) MONEY LOANED LOC 8822 | | | | | | | | | | | |
| 7 | US BANK N.A.<br><br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI OH 452015229 | 01/19/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,004.63 | $12,004.63 | $0.00 | $0.00 | $0.00 | $12,004.63 |
| **Claim Notes:** | (7-1) money loaned / 7315 | | | | | | | | | | | |
| 8 | CAPITAL ONE, N.A.<br><br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson AZ 85712 | 02/03/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $236.65 | $236.65 | $0.00 | $0.00 | $0.00 | $236.65 |
| | | | | | | $54,019.76 | $38,090.90 | $0.00 | $0.00 | $0.00 | | $38,090.90 |

| Case No. | 10-05054-als | | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|---|
| Case Name: | ZIESMAN, MELISSA DAWN | | Date: | 5/21/2013 |
| Claims Bar Date: | 02/04/2012 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $37,561.60 | $37,561.60 | $0.00 | $0.00 | $0.00 | $37,561.60 |
| Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | $15,928.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $325.19 | $325.19 | $0.00 | $0.00 | $0.00 | $325.19 |
| Trustee Expenses | $204.11 | $204.11 | $0.00 | $0.00 | $0.00 | $204.11 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       10-05054-als
Case Name:   MELISSA DAWN ZIESMAN
Trustee Name:   Dallas J. Janssen

Balance on hand:   $1,286.31

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | SAC Federal Credit Union | $15,928.86 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:   $0.00
Remaining balance:   $1,286.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Dallas J. Janssen, Trustee Fees | $325.19 | $0.00 | $325.19 |
| Dallas J. Janssen, Trustee Expenses | $204.11 | $0.00 | $204.11 |

Total to be paid for chapter 7 administrative expenses:   $529.30
Remaining balance:   $757.01

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:   $757.01

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:   $0.00
Remaining balance:   $757.01

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (5/1/2011)**

Timely claims of general (unsecured) creditors totaling $37,561.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | American InfoSource LP as agent for | $5,262.71 | $0.00 | $106.06 |
| 3 | FIA CARD SERVICES, N.A. | $9,028.05 | $0.00 | $181.95 |
| 4 | Midland Funding LLC | $9,647.56 | $0.00 | $194.44 |
| 5 | US BANK N.A. | $708.01 | $0.00 | $14.27 |
| 6 | US BANK N.A. | $673.99 | $0.00 | $13.58 |
| 7 | US BANK N.A. | $12,004.63 | $0.00 | $241.94 |
| 8 | Capital One, N.A. | $236.65 | $0.00 | $4.77 |

Total to be paid to timely general unsecured claims: $757.01
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00